EDWARD MONROE, Plaintiff in Error, v. RAILWAY EXPRESS
AGENCY, INCORPORATED, and J. I. KIMBRO, Defendant
in Error.

199 So. 763
Division A
Opinion Filed January 14, 1941
Rehearing Denied January 24, 1941

*O. S. Miller,* for Plaintiff in Error;

*M. D. Carmichael* and *Charles B. Fulton,* for Defendants
in Error.

PER CURIAM.—On writ of error we review judgment in
favor of defendant on demurrer sustained to an original
and to a first, second and third amended declaration.

Neither declaration is sufficient in its'allegations to state
a cause of actionable negligence against the defendant.

Judgment is affirmed.

So ordered.

Affirmed.

TERRELL, C. J., BUFORD, THOMAS and ADAMS, J. J.,
concur.

Justices WHITFIELD, BROWN and CHAPMAN not partici-
pating as authorized by Section 4687, Compiled General
Laws of 1927, and Rule 21-A of the Rules of this Court.

ON PETITION FOR REHEARING

PER CURIAM.—In petition for rehearing it is suggested
that we overlooked plaintiff's fourth amended declaration.
The fourth amended declaration was not overlooked but

by inadvertence we did fail to mention the fourth amended declaration along with the first, second and third amended declarations. The fourth amended declaration is insufficient to state a cause of action.

Petition for rehearing is denied.

TERRELL, C. J., BUFORD and ADAMS, J. J., concur.